COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                    |
|------------------------|---|--------------------|
|                        | § |                    |
| ROOSEVELT BARNES, JR., |   | No. 08-10-00014-CR |
|                        | § |                    |
| Appellant,             |   | Appeal from        |
|                        | § |                    |
| v.                     |   | 411th District Court |
|                        | § |                    |
| THE STATE OF TEXAS,    |   | of Polk County, Texas |
|                        | § |                    |
| Appellee.              |   | (TC # 17,789)      |
|                        | § |                    |

## <u>MEMORANDUM OPINION</u>

Roosevelt Barnes, Jr. appeals from an order denying his motion for post-conviction DNA testing. We affirm.

In 2005, a jury found Appellant guilty of possession of cocaine with intent to deliver, found the enhancement paragraphs true, and assessed Appellant's punishment at imprisonment for 99 years. The Beaumont Court of Appeals affirmed the conviction on November 1, 2006. *Roosevelt Barnes v. State*, No. 09-05-040-CR, 2006 WL 1109459 (Tex.App.--Beaumont November 1, 2006, pet. ref'd)(not designated for publication). In 2009, Appellant filed a motion for forensic DNA testing. *See* TEX.CODE CRIM.PROC.ANN. art. 64.01 (West Supp. 2010). After reviewing the motion and the State's response, the trial court denied the motion because it found that identity was not an issue in the case. Appellant filed notice of appeal.[1]

Appellant's court-appointed counsel has filed a brief in which he has concluded that the

---

[1] This case was transferred from the Ninth Court of Appeals to the Eighth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX.GOV'T CODE ANN. § 73.001 (West 2005).

appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California,* 386 U.S. 738, 18 L.Ed.2d 493, 87 S.Ct. 1396, *reh. denied,* 388 U.S. 924, 18 L.Ed.2d 1377, 87 S.Ct. 2094 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978); *Currie v. State,* 516 S.W.2d 684 (Tex.Crim.App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex.Crim.App. 1972); *Gainous v. State,* 436 S.W.2d 137 (Tex.Crim.App. 1969). A copy of counsel's brief has been delivered to Appellant, and Appellant has been advised of his right to examine the appellate record and file a *pro se* brief. Appellant filed an objection to counsel's motion to withdraw which we have considered as Appellant's *pro se* brief.

We have carefully reviewed the record and the briefs of both counsel and Appellant, and agree that the appeal is wholly frivolous and without merit. Further, we find nothing in the record that might arguably support the appeal. The judgment is affirmed.


February 23, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)